```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                         CASE NO. 07 B 10372
   BOBBY R LEE
                                               CHAPTER 13

                                               JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-6240


--------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 06/11/2007 and was not confirmed.

     The case was dismissed without confirmation 09/24/2007.
--------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
--------------------------------------------------------------------------
OPTION ONE MORTGAGE    CURRENT MORTG          .00           .00           .00
OPTION ONE MORTGAGE    MORTGAGE ARRE      12000.00          .00           .00
AT&T BROADBAND         UNSEC W/INTER    NOT FILED           .00           .00
ERNESTO D BORGES JR    DEBTOR ATTY          350.00                     297.92
TOM VAUGHN             TRUSTEE                                          22.08
DEBTOR REFUND          REFUND                                             .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                  320.00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                 297.92
TRUSTEE COMPENSATION                            22.08
DEBTOR REFUND                                     .00
                       --------------     --------------
TOTALS                   320.00                 320.00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
     Dated: 12/27/07              _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE
```